Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
MICHELLE RICCA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RICCA, | Case No.: 2:11-cv-01398-LKK -KJN |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL** |
| DOLLAR FINANCIAL GROUP, aka MONEY MART, | |
| Defendant. | |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that MICHELLE RICCA (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, DOLLAR FINANCIAL GROUP, aka MONEY MART (Defendant), in this case.

DATED: June 3, 2011                                            KROHN & MOSS, LTD.

                                                               By: /s/ Mahadhi Corzano
                                                               Mahadhi Corzano
                                                               Attorney for Plaintiff